# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DEAN AUSTIN, | Case No. 1:25-cv-01171-KES-SAB |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 21 DAYS |
| v. | |
| INFINITY MANAGEMENT & INVESTMENTS, LLC, et al., | |
| Defendants. | |

On September 11, 2025, Plaintiff, who is proceeding *pro se*, filed an action in this Court. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed *in forma pauperis*;

2. Within **twenty-one (21) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

///

///

///

3. **Failure to comply with this order shall result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge