UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DEAN AUSTIN, | Case No. 1:25-cv-01171-KES-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |
| v. | |
| INFINITY MANAGEMENT & INVESTMENTS, LLC, et al., | |
| Defendants. | |

Bruce Dean Austin, proceeding pro se, initiated this action on September 11, 2025.  Doc. 1. On September 12, 2025, the Court directed plaintiff to submit an application to proceed in forma pauperis or, in the alternative, pay the $405.00 filing fee for this action within twenty-one days. Doc. 3.  Plaintiff failed to file an application to proceed in forma pauperis or pay the filing fee.

On October 31, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this action, without prejudice, for plaintiff's failure to obey a court order, failure to prosecute, and failure to pay the filing fee or file an application to proceed in forma pauperis. Doc. 4.  The Court served the findings and recommendations on plaintiff and notified him that any objections were due within 14 days. *Id.* at 3.  Plaintiff did not file objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on October 31, 2025 (Doc. 4), are adopted in full.

2.    This matter is dismissed without prejudice for plaintiff's failure to obey a court order, failure to prosecute, and failure to pay the filing fee or file an application to proceed in forma pauperis.

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    January 13, 2026

UNITED STATES DISTRICT JUDGE

2